IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANTHONY ROBINSON                                                                                    PLAINTIFF

V.                                            CAUSE NO. 3:15CV00052-DMB-JMV

                                                                                                                                                              DEFENDANT

HAMILTON BEACH BRANDS INC.
AND SEDANO STAFFING

## ORDER

Before the Court is Plaintiff Anthony Robinson's letter Motion [10] wherein he requests "a copy of my files save (excluding) the EEOC documents." Robinson further asks for advice about "what court do I file my complaint to about the improper procedures of the whole judicial process of Desoto County[?]" With respect to Robinson's request for copies, the Court has reviewed the docket of this case, and with the exception of those documents Robinson himself submitted for filing, only the attached Notice of Assignment [2], Order [5], and Report and Recommendation [8] have been filed in this case. To the extent Robinson seeks any additional documents, he must contact the Clerk of this Court for instructions on obtaining copies. As for Robinson's request for advice, it is inappropriate for this Court to either give legal advice to litigants or offer advisory opinions. Thus, the Court cannot answer this query.

**SO ORDERED THIS**, the 19th day of June, 2015.

                                                                             **/s/ Jane M. Virden**
                                                                           **U. S. MAGISTRATE JUDGE**