IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ANTHONY ROBINSON**                                                                        **PLAINTIFF**

**V.**                                                                                      **NO. 3:15-CV-00052-DMB-JMV**

**HAMILTON BEACH BRANDS, INC.**
**AND SEDANO STAFFING**                                                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order adopting United States Magistrate Judge Jane M. Virden's Report and Recommendation entered this day, this case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

**SO ORDERED**, this 20th day of January, 2016.

                                                                           **/s/ Debra M. Brown**
                                                                           **UNITED STATES DISTRICT JUDGE**